cuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Mary Louise A. MARTINEZ, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 01–3329.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2001.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**David UNTERBURGER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 01–3328.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2001.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,